UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA, | 1:06-cv-01856-OWW-SMS-HC |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| v. | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| ON HABEAS CORPUS, | |
| Respondent. | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On May 10, 2007, the Magistrate Judge filed Findings and Recommendations that the instant Petition for Writ of Habeas Corpus be DISMISSED for failure to state a claim cognizable under 28 U.S.C. § 2254.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

/

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2007, are ADOPTED IN FULL;

2. The instant Petition for Writ of Habeas Corpus is DISMISSED for failure to state a claim cognizable under 28 U.S.C. § 2254; and,

3. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   July 6, 2007**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE